```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TONIMARIE RHONE, on behalf of herself and                   :
all others similarly situated,                              :
                                                            :
                              Plaintiff,                    :   23-CV-7818 (VSB)
                                                            :
               -against-                                    :        ORDER
                                                            :
PUETZ EVERGREEN GOLF COURSE, INC.,                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on September 1, 2023, (Doc. 1). On January 2, 2024, the parties filed their joint letter and proposed Case Management Plan & Scheduling Order, requesting that I bifurcate discovery to first address the issue of standing. (*See* Doc. 11.) On January 8, 2024, I granted the parties' request. (*See* Doc. 12.) Accordingly, it is hereby:

      ORDERED that Defendant file its opening brief on the issue of standing by January 31, 2024; Plaintiff her opposition by February 14, 2024; and Defendant its reply by February 21, 2024.

SO ORDERED.

Dated:    January 16, 2024
             New York, New York

                                                                  _____
                                                                VERNON S. BRODERICK
                                                                United States District Judge